MN-302-1  
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO. <u>04-42472-NCD</u> |
| SCHOENIKE, LORI ANN | ) |
| | ) TRUSTEE'S FINAL REPORT AND |
| | ) PROPOSED DISTRIBUTION |
| Debtor (s) | ) (WITHOUT NOTICE) |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>1,645.58</u>, disbursements of $<u>0.00</u>, and balance on hand of $<u>1,645.58</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <u>Entity</u> | Nature of <u>Interest</u> | Proposed <u>Payment</u> |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $<u>411.40</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>411.40</u> for final compensation and an additional $<u>39.00</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $907.90, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 411.40 | 411.40 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 39.00 | 39.00 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 457.50 | 457.50 |
| | Total | 907.90 | 907.90 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $737.68, for unsecured creditors allowed in the total amount of $13,974.55, yielding a dividend of 5.2787389% as itemized below or in Exhibit C attached hereto, or the dividend payable on every allowed nonpriority unsecured claim is less than $5.00 and the trustee is treating the entire amount payable on such claims as unclaimed dividends pursuant to Local Rule 3011-1(a). The largest unsecured claim was allowed in the amount of $6,398.11.

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| ASPIRE VISA CLASSIC | 000004 | 4,430.08 | 233.85 |
| DISCOVER BANK | 000002 | 6,398.11 | 337.74 |
| SMC | 000003 | 3,146.36 | 166.09 |
| Total | | $13,974.55 | $737.68 |

7. The trustee's distribution of gross receipts of $1,645.58 from liquidation of all property of the estate is summarized below:

$     411.40    a.    Trustee Compensation
$     457.50    b.    Fee for Attorney for Trustee

MN-302-1
(Rev'd 10/00)
Page 3

| | | | |
|---|---|---|---|
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 39.00 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 737.68 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 1,645.58 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 1,645.58 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: April 11, 2007          /e/ Randall L. Seaver
                               RANDALL L. SEAVER, Trustee
                               12400 PORTLAND AVENUE SOUTH
                               SUITE 132
                               BURNSVILLE, MN  55337
                               (952) 890-0888

REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: June 8, 2007                HABBO G. FOKKENA
                                   UNITED STATES TRUSTEE
                                   Region 12

                               By: /s/ Lynn C. Stoltzman

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Case No: 04-42472 NCD Judge: Nancy C. Dreher  
Case Name: SCHOENIKE, LORI ANN  
For Period Ending: 04/13/07

Trustee Name: RANDALL L. SEAVER  
Date Filed (f) or Converted (c): 04/30/04 (f)  
341(a) Meeting Date: 06/01/04  
Claims Bar Date: 02/08/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 35.00 | 286.71 | | 286.71 | FA |
| 2. HOMESTEAD | 150,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. 1999 FORD | 2,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. TAX REFUNDS (u) | 0.00 | 633.93 | | 633.93 | FA |
| 7. PROPERTY TAX REFUND (u) | 0.00 | 708.82 | | 708.82 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 16.12 | FA |

TOTALS (Excluding Unknown Values) $ 154,135.00 $ 1,629.46 $ 1,645.58

Gross Value of Remaining Assets $0.00  
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2004 tax refunds

Initial Projected Date of Final Report (TFR): 07/31/05    Current Projected Date of Final Report (TFR): 12/31/06

LFORM1

Ver: 11.80

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 04-42472 -NCD |
|---|---|
| Case Name: | SCHOENIKE, LORI ANN |
| Taxpayer ID No: | *******2644 |
| For Period Ending: | 04/13/07 |

| Trustee Name: | RANDALL L. SEAVER |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1183  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 20,248,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/04 | 7 | Lori A. Schoenike<br>5219 - 5th Street NE<br>Columbia Heights, MN  55421 | Property tax refund | 1224-000 | 100.00 | | 100.00 |
| 12/03/04 | 7 | Lori A. Schoenike<br>5219 - 5th St NE<br>Columbia Heights, MN  55421 | Property tax refund | 1224-000 | 100.00 | | 200.00 |
| 12/31/04 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 200.02 |
| 01/11/05 | 7 | Lori A. Schoenike<br>5219 - 5th St NE<br>Columbia Heights, MN  55421 | Property tax refund | 1224-000 | 100.00 | | 300.02 |
| 01/31/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 300.04 |
| 02/13/05 | 7 | Lori A. Schoenike<br>5219 - 5th St NE<br>Columbia Heights, MN  55421 | Property tax refund | 1224-000 | 100.00 | | 400.04 |
| 02/28/05 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 400.11 |
| 03/17/05 | 7 | Lori A. Schoenike<br>5219 - 5th NE<br>Columbia Heights, MN  55421 | Property tax refund | 1224-000 | 100.00 | | 500.11 |
| 03/31/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.09 | | 500.20 |
| 04/17/05 | 7 | Lori A. Schoenike<br>5219 - 5th Street NE<br>Columbia Heights, MN  55421 | Property tax refund | 1224-000 | 124.00 | | 624.20 |
| 04/29/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.11 | | 624.31 |
| 05/31/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.14 | | 624.45 |
| 06/30/05 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 624.58 |
| 07/29/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.12 | | 624.70 |
| 08/31/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 0.33 | | 625.03 |
| 09/30/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 0.31 | | 625.34 |

Page Subtotals   625.34   0.00

LFORM24

Ver: 11.80

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 04-42472 -NCD | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SCHOENIKE, LORI ANN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1183 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2644 | | |
| For Period Ending: | 04/13/07 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.32 | | 625.66 |
| 11/30/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.31 | | 625.97 |
| 12/30/05 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.32 | | 626.29 |
| 01/31/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.32 | | 626.61 |
| 02/28/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.45 | | 627.06 |
| 03/31/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.53 | | 627.59 |
| 04/28/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 628.10 |
| 05/31/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.54 | | 628.64 |
| 06/07/06 | 6, 7 | Lori A. Schoenike<br>5219 - 5th St NE<br>Columbia Heights, MN 55421 | Tax Refund(s) | 1224-000 | 718.75 | | 1,347.39 |
| 06/30/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.89 | | 1,348.28 |
| 07/31/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.15 | | 1,349.43 |
| 08/31/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.15 | | 1,350.58 |
| 09/29/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.10 | | 1,351.68 |
| 10/31/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.16 | | 1,352.84 |
| 11/30/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.11 | | 1,353.95 |
| 12/29/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.15 | | 1,355.10 |
| 01/31/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.16 | | 1,356.26 |
| 02/28/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.04 | | 1,357.30 |
| 03/27/07 | 1 | LORI SCHOENIKE<br>5219 - 5TH STREET NE<br>COLUMBIA HEIGHTS, MN 55421 | BANK ACCOUNT | 1129-000 | 286.71 | | 1,644.01 |
| 03/30/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.16 | | 1,645.17 |
| 04/10/07 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.41 | | 1,645.58 |
| 04/10/07 | | Transfer to Acct #*******4189 | Final Posting Transfer | 9999-000 | | 1,645.58 | 0.00 |

Page Subtotals 1,020.24 1,645.58

LFORM24

Ver: 11.80

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 04-42472 -NCD | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | SCHOENIKE, LORI ANN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1183  Money Market - Interest Bearing |
| Taxpayer ID No: | *******2644 | | |
| For Period Ending: | 04/13/07 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,645.58 | 1,645.58 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 1,645.58 | |
| | | | Subtotal | | 1,645.58 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,645.58 | 0.00 | |

Page Subtotals          0.00          0.00

Ver: 11.80

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 04-42472 -NCD | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SCHOENIKE, LORI ANN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4189 Checking - Non Interest |
| Taxpayer ID No: | *******2644 | | |
| For Period Ending: | 04/13/07 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/07 | | Transfer from Acct #*******1183 | Transfer In From MMA Account | 9999-000 | 1,645.58 | | 1,645.58 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,645.58 | 0.00 | 1,645.58 |
| Less:  Bank Transfers/CD's | 1,645.58 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********1183 | 1,645.58 | 0.00 | 0.00 |
| Checking - Non Interest - ********4189 | 0.00 | 0.00 | 1,645.58 |
| | 1,645.58 | 0.00 | 1,645.58 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   1,645.58   0.00

LFORM24

Ver: 11.80

# PROPOSED DISTRIBUTION

Case Number: 04-42472     NCD     Page 1     Date: April 13, 2007
Debtor Name: SCHOENIKE, LORI ANN

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,645.58 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $411.40 | $0.00 | $411.40 | $411.40 | $1,234.18 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $39.00 | $0.00 | $39.00 | $39.00 | $1,195.18 |
| 000005 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $457.50 | $0.00 | $457.50 | $457.50 | $737.68 |
| 000002 | DISCOVER BANK | Unsec | 070 | $6,398.11 | $0.00 | $6,398.11 | $337.74 | $399.94 |
| 000003 | SMC | Unsec | 070 | $3,146.36 | $0.00 | $3,146.36 | $166.09 | $233.85 |
| 000004 | ASPIRE VISA CLASSIC | Unsec | 070 | $4,430.08 | $0.00 | $4,430.08 | $233.85 | $0.00 |
| << Totals >> | | | | $14,882.45 | $0.00 | $14,882.45 | $1,645.58 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 04-42472 NCD
**Debtor:** SCHOENIKE, LORI ANN

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $1,645.58

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | $1,645.58 | 25% of First $5,000 | $411.40 |
| Less | - | $1,645.58 | ($1,250 Maximum) |   |
|   | Balance | $0.00 | 10% of Next $45,000 | $0.00 |
| Less | - | $0.00 | ($4,500 Maximum) |   |
|   | Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |   |
|   | Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $411.40
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$411.40**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 117 pages @ 0.25 / page | $29.25 |
| POST: Postage 9 each @ 0.39 / each | $3.51 |
| POST: Postage 1 each @ 1.56 / each | $1.56 |
| POST: Postage 1 each @ 4.68 / each | $4.68 |

TOTAL EXPENSES CALCULATED: $39.00
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$39.00**

==============
**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$450.40**

**DATED:** 04/13/07

SIGNED _____    **TRUSTEE:** RANDALL L. SEAVER
                                          **12400 PORTLAND AVENUE SOUTH**

# Compensation and Expenses Worksheet

**Case Number:** 04-42472 NCD
**Debtor:** SCHOENIKE, LORI ANN

**SUITE 132**

**BURNSVILLE, MN  55337**